# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155239(67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN DAVID HEWITT-EL, a/k/a
JONATHAN DAVID HEWITT,
      Defendant-Appellant.
_____/

SC: 155239
COA: 332946
Wayne CC: 10-002907-FC

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED IN PART. The brief will be accepted as timely filed if submitted on or before January 16, 2018, not February 28, 2018 as requested.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2018

_____
Clerk